# EXHIBIT A

Welcome, Sign In                                                       MY ACCOUNT | STORES | HT

SEARCH

CULTURE    GIRLS    PLUS SIZES    FASHION    GUYS    TEES    ACCESSORIES    HOME    BAND MERCH    FUNKO    CLEARA

20% OFF REGULAR PRICE | FREE SHIPPING ON ORDERS OVER $50    SHOP NEW ARRIVALS
| DETAILS

HOME > TEES > ALL TEES > THE CLASH KANJI T-SHIRT



### THE CLASH KANJI T-SHIRT

~~$21.90 - $23.90~~
**$17.52 - $19.12**

★☆☆☆☆    |    WRITE A REVIEW

11240569

**20% OFF REGULAR PRICE**

**SIZE:**    |    SIZE FIT & GUIDE

XS    SM    MD    LG    XL

2X    3X

**QTY:**

[ 1 ▼ ]    **ADD TO BAG**

**DETAILS**    ∧

Skinny jeans? Check. Studded belt? Check. Boots? Check. Awesome old school punk tee? Nope? Don't worry. This black tee from *The Clash* is the perfect way to finish off that outfit.

- 100% cotton
- Wash cold; dry low
- Imported
- Listed in men's sizes




**SIZE GUIDE**    ∨